UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02CRIM228(SRU) |
| PLAINTIFF | : | |
| VS. | : | |
| ANTHONY FERRARA | : | OCTOBER 29, 2004 |
| DEFENDANTS. | | |

**MOTION TO AMEND DATE OF VOLUNTARY SURRENDER IN JUDGMENT**

The defendant, Anthony Ferrara, by and through his undersigned counsel, requests that the voluntary surrender, scheduled for November 5, 2004 at 2:00 p.m. be amended in the Judgment. The defendant, Anthony Ferrara is requesting that his surrender be continued for a period of two months. The reason for such request is as follows:

1. The defendants mother was admitted to the Hospital of St. Raphael due to a stroke;
2. The defendants mother is presently in a nursing home and is just beginning recovery from the stroke.
3. The defendants mother receives therapy from Gaylord Rehabilitation Center and the defendant, Anthony Ferrara wants to complete the therapy with his mother.
4. The defendant, Anthony Ferrara has been the primary care giver in her therapy.
5. The defendant, Anthony Ferrara would also like to spend Thanksgiving with his mother, since this might be there last Thanksgiving together since his mothers health is so

poor.

U.S. Attorney objects to said motion.

This is the fifth time such request has been made to the Court.

> RESPECTFULLY SUBMITTED,
> DEFENDANT
>
> BY: _[signature]_
> MICHAEL L. MOSCOWITZ
> MOSCOWITZ & GIOVANNIELLO, LLC
> 7 ELM STREET
> NEW HAVEN, CT. 06510
> 203-777-7602
> FEDERAL BAR NO.: CT07317

### CERTIFICATION

THIS IS TO CERTIFY that copies of the foregoing motion was mailed postage prepaid/hand delivered on this 29th day of October, 2004, to the following named parties and counsel:

PETER A. CLARK, AUSA
OFFICE OF THE U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824, 23rd FLOOR
NEW HAVEN, CT. 06510

UNITED STATES PROBATION OFFICE
CHRIS ROGERS
157 CHURCH STREET
22nd FLOOR
NEW HAVEN, CT. 06510

_[signature]_
MICHAEL L. MOSCOWITZ