UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 3:02CR228 (SRU) |
| | : | |
| v. | : | November 3, 2004 |
| | : | |
| ANTHONY FERRARA | : | |

GOVERNMENT'S RESPONSE TO MOTION TO AMEND
DATE OF VOLUNTARY SURRENDER IN JUDGMENT

     The United States opposes defendant Ferrara's motion to continue his surrender date another two months. Ferrara was sentenced on February 6, 2004. He since has had his voluntary surrender date continued four times. The Court has previously indicated that a further extension of the surrender date would be unlikely. In his current motion, Ferrara represents that his mother is in a nursing home recovering from a stroke. The Court will recall that Ferrara's immediately preceding motion to continue his surrender date, filed in September 2004, said the same thing. In the present motion, Ferrara further states that he has been his mother's primary care giver. Again, this was also mentioned as a ground for delay in the most recent motion to continue the surrender date.

     The Government does not wish to seem insensitive to the Ferrara family's difficulties. However, the Government is constrained to point out – as it did in September – that the Ferraras have had sufficient time to make alternate arrangements for the care of Ferrara's mother. It is unfortunate that Ferrara is poised to miss Thanksgiving and Christmas with his mother and other family members. Of course, had Ferrara surrendered when initially ordered to do so, he would have been released from custody by now. There is no perfectly convenient or happy time to begin serving a sentence, especially when the health of a defendant's mother is poor. After Thanksgiving and Christmas, other holidays, birthdays, and special events undoubtedly will follow. Missing any of them will certainly be painful for Ferrara. However, the Court cannot and should not delay Ferrara's surrender indefinitely to spare him such pain. Indeed, one of the

points of sending someone to prison is to make him or her understand that there are painful consequences to violating the law, as Ferrara did in this case.

Accordingly, the Government respectfully submits that the Court should deny Ferrara's motion and that he should be ordered to report to the Marshals on November 5, 2004, consistent with the Court's earlier order.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

By:    /s/ BRIAN E. SPEARS
       ASSISTANT U.S. ATTORNEY
       Federal Bar No. ct14240

For:   JONATHAN BIRAN
       ASSISTANT U.S. ATTORNEY
       Federal Bar No. ct21922
       United States Attorney's Office
       157 Church Street, 23rd Floor
       New Haven, CT 06510
       Tel: (203) 821-3700

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served by facsimile transmission and U.S. mail this 3rd day of November, 2004, upon the following:

Michael L. Moscowitz, Esq.  
Moscowitz and Giovanniello, LLC  
7 Elm Street  
New Haven, CT 06510

                                        /s/ BRIAN E. SPEARS  
                                        ASSISTANT U.S. ATTORNEY

                   For:    JONATHAN BIRAN  
                          ASSISTANT U.S. ATTORNEY